# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| James Randolph Stennett, Sr. | § | Case No. 14-46233 |
| Connie Jean Stennett | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/31/2014 . The undersigned trustee was appointed on 12/31/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    5,500.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 60.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 5,440.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 08/31/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,300.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,300.00 , for a total compensation of $ 1,300.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 47.04 , for total expenses of $ 47.04 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/10/2016            By: /s/Frank J. Kokoszka
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-46233 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frank J. Kokoszka |
|---|---|---|---|---|---|---|
| Case Name: | James Randolph Stennett, Sr. | | | | Date Filed (f) or Converted (c): | 12/31/2014 (f) |
| | Connie Jean Stennett | | | | 341(a) Meeting Date: | 01/27/2015 |
| For Period Ending: | 02/10/2016 | | | | Claims Bar Date: | 08/31/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 30 W 280 Heather Ct., Warrenville Il 60555 Apprais | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. 9938 Winslow Road, Durand, Il Estimate Via Zillow On 6/24/20 | 24,000.00 | 14,651.00 | | 0.00 | FA |
| 3. 2010 Gulfstream Conquest Lodge 36' | 16,000.00 | 4,000.00 | | 0.00 | FA |
| 4. Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 5. Checking / Savings Account At Chase | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6. Misc Household Goods And Furniture Located At - , Resale Val | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Personal Clothing Of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 8. Firearms | 2,575.00 | 1,100.00 | | 0.00 | FA |
| 9. 401K Accounts At Morgan Stanley | 26,000.00 | 0.00 | | 0.00 | FA |
| 10. Jrs Firearm Training | 100.00 | 100.00 | | 0.00 | FA |
| 11. 2013 Ford F150 With 21,000 Miles | 35,000.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Ford Explorer With 1,000 Miles | 36,200.00 | 4,275.00 | | 0.00 | FA |
| 13. 2008 Nomad 266 Ltd 28' | 7,700.00 | 7,700.00 | | 0.00 | FA |
| 14. 2010 Gulfstream Conquest Lodge 36' | 16,000.00 | 4,000.00 | | 0.00 | FA |
| 15. Training Books And Supplies | 500.00 | 500.00 | | 0.00 | FA |
| 16. 2014 Tax Refund (u) | 8,715.00 | Unknown | | 5,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $425,890.00   $37,826.00   $5,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

A Motion for turnover of tax refunds was filed. A settlement was reached with the debtor after the debtor filed amended schedules. Trustee is currently reviewing claims and determining whether to file objections.

| | | | |
|---|---|---|---|
| RE PROP # | 8 | -- | Debtor amended Schedule B on 04/08/2014 (document # 21) amending the value from $8,000.00 to $2575.00. |
| RE PROP # | 12 | -- | Debtor amended Schedule B on 04/08/2014 (document # 21) amending the value from $45,000.00 to $36200.00 |
| RE PROP # | 14 | -- | Pursuant to the Debtors' Amended Schedule B, filed on April 8, 2015 (document # 21) this asset was repossessed pre petition. |

Initial Projected Date of Final Report (TFR): 10/30/2015        Current Projected Date of Final Report (TFR): 02/29/2016

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-46233
Case Name: James Randolph Stennett, Sr.
Connie Jean Stennett
Taxpayer ID No: XX-XXX2236
For Period Ending: 02/10/2016

Trustee Name: Frank J. Kokoszka
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX0025
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/15 | 16 | James and Connie Stennett | Tax Refund | 1124-000 | $5,500.00 | | $5,500.00 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,490.00 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,480.00 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,470.00 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,460.00 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,450.00 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,440.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,500.00 | $60.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,500.00 | $60.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,500.00 | $60.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*              Page Subtotals:              $5,500.00    $60.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0025 - Checking | $5,500.00 | $60.00 | $5,440.00 |
| | $5,500.00 | $60.00 | $5,440.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,500.00 |
| Total Gross Receipts: | $5,500.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-46233  
Debtor Name: James Randolph Stennett, Sr.  
Claims Bar Date: 8/31/2015  

Date: February 10, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Frank J. Kokoszka | Administrative | | $0.00 | $1,300.00 | $1,300.00 |
| 100 2200 | Frank J. Kokoszka | Administrative | | $0.00 | $47.04 | $47.04 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $15,976.44 | $15,976.44 |
| 2 300 7100 | Durand State Bank<br>C/O George P. Hampilos, Esq.<br>308 West State Street<br>Rockford, Il 61101 | Unsecured | | $0.00 | $2,836.84 | $2,836.84 |
| 3 300 7100 | Corporate America Family Credit Union<br>2445 Alft Lane<br>Elgin, Il 60124 | Unsecured | | $0.00 | $14,324.77 | $14,324.77 |
| 4 300 7100 | Healthcare Assoc Cr Un<br>1151 E Warrenville Rd<br>Naperville, Il 60563 | Unsecured | | $0.00 | $14,285.20 | $14,285.20 |
| 5 300 7100 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $16,667.06 | $16,667.06 |
| 6 300 7100 | Jpmorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>Po Box 29505 Az1-1191<br>Phoenix Az 85038-9505 | Unsecured | | $0.00 | $2,604.25 | $2,604.25 |
| | Case Totals | | | $0.00 | $68,041.60 | $68,041.60 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-46233
Case Name: James Randolph Stennett, Sr.
              Connie Jean Stennett
Trustee Name: Frank J. Kokoszka

      Balance on hand                                         $       5,440.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frank J. Kokoszka | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| Trustee Expenses: Frank J. Kokoszka | $ 47.04 | $ 0.00 | $ 47.04 |

    Total to be paid for chapter 7 administrative expenses         $          1,347.04

    Remaining Balance                                            $          4,092.96

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,694.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 15,976.44 | $ 0.00 | $ 980.45 |
| 2 | Durand State Bank | $ 2,836.84 | $ 0.00 | $ 174.09 |
| 3 | Corporate America Family Credit Union | $ 14,324.77 | $ 0.00 | $ 879.09 |
| 4 | Healthcare Assoc Cr Un | $ 14,285.20 | $ 0.00 | $ 876.66 |
| 5 | Capital One Bank (Usa), N.A. | $ 16,667.06 | $ 0.00 | $ 1,022.84 |
| 6 | Jpmorgan Chase Bank, N.A. | $ 2,604.25 | $ 0.00 | $ 159.83 |

Total to be paid to timely general unsecured creditors        $     4,092.96

Remaining Balance        $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE