# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
James Randolph Stennett, Sr. § Case No. 14-46233
Connie Jean Stennett §
§
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frank J. Kokoszka, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S. Dearborn Street
  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:
  10:30 AM
  on Friday, March 18, 2016
  in Courtroom 240 of the Kane County Courthouse
  100 South Third Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2016         By: /s/ Frank J. Kokoszka
                                       Chapter 7 Trustee

*Frank J. Kokoszka*
*122 South Michigan Ave.*
*Ste 1070*
*Chicago, IL  60603-6270*
*312-443-9600*
*trustee@k-jlaw.com*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
James Randolph Stennett, Sr. § Case No. 14-46233
Connie Jean Stennett §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,500.00 |
| and approved disbursements of | $ | 60.00 |
| leaving a balance on hand of[1] | $ | 5,440.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frank J. Kokoszka | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| Trustee Expenses: Frank J. Kokoszka | $ 47.04 | $ 0.00 | $ 47.04 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,347.04 |
| Remaining Balance | $ 4,092.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,694.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 15,976.44 | $ 0.00 | $ 980.45 |
| 2 | Durand State Bank | $ 2,836.84 | $ 0.00 | $ 174.09 |
| 3 | Corporate America Family Credit Union | $ 14,324.77 | $ 0.00 | $ 879.09 |
| 4 | Healthcare Assoc Cr Un | $ 14,285.20 | $ 0.00 | $ 876.66 |
| 5 | Capital One Bank (Usa), N.A. | $ 16,667.06 | $ 0.00 | $ 1,022.84 |
| 6 | Jpmorgan Chase Bank, N.A. | $ 2,604.25 | $ 0.00 | $ 159.83 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,092.96 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frank J. Kokoszka
Chapter 7 Trustee

*Frank J. Kokoszka*
*122 South Michigan Ave.*
*Ste 1070*
*Chicago, IL  60603-6270*
*312-443-9600*
*trustee@k-jlaw.com*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                        Case No. 14-46233-DRC
James Randolph Stennett, SR                                   Chapter 7
Connie Jean Stennett
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: vrowe              Page 1 of 2          Date Rcvd: Feb 17, 2016
                              Form ID: pdf006          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2016.
db/jdb         +James Randolph Stennett, SR,    Connie Jean Stennett,   30 W 280 Heather Ct.,
                 Warrenville, IL 60555-1330
22783920      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
23406262       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
22783921       Central DuPage Hospital,   25 N Winfield Road,    Winfield, IL 60190-1295
22783922      +Chase,   Po Box 24696,   Columbus, OH 43224-0696
22783927      +Dish Network,   131 Tower Park,    Suite 100,   Waterloo, IA 50701-9374
22783928      +Durand State Bank,   c/o George P. Hampilos, Esq.,    308 West State Street,
                 Rockford, IL 61101-1117
22783929       First Merit Bank,   295 First Merit Cir,    Akron, OH 44307
22783931      +Patch.com,   584 Broadway Room 1206,   New York, NY 10012-5263
23619988      +Quicken Loans Inc.,   C/O Potestivo & Associates, P.C,    811 South Blvd, Suite 100,
                 Rochester Hills, MI 48307-5359
23624769      +Quicken Loans Inc.,    Potestivo & Associates, P.C.,    Caleb J. Halberg,
                 223 W. Jackson Blvd., Suite 610,   Chicago, Illinois 60606-6911
22783933      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Us Bank,   Po Box 5227,   Cincinnati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22783924       +E-mail/Text: legalcollections@comed.com Feb 18 2016 02:11:38       ComEd,   Bankruptcy Department,
                 2100 Swift Dr.,   Oak Brook, IL 60523-1559
22783923       +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Feb 18 2016 02:11:17       Comcast,
                 1500 Market Street,   Philadelphia, PA 19102-2107
23370581       +E-mail/Text: collections@cafcu.org Feb 18 2016 02:11:02
                 Corporate America Family Credit Union,   2445 Alft Lane,   Elgin, IL 60124-7864
22783925       +E-mail/Text: collections@cafcu.org Feb 18 2016 02:11:02       Corporate America Fcu,
                 2075 Big Timber Rd,   Elgin, IL 60123-1140
23356100        E-mail/Text: mrdiscen@discover.com Feb 18 2016 02:08:51       Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
22783926       +E-mail/Text: mrdiscen@discover.com Feb 18 2016 02:08:51       Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
22783930       +E-mail/Text: collections@hacu.org Feb 18 2016 02:09:41       Healthcare Assoc Cr Un,
                 1151 E Warrenville Rd,   Naperville, IL 60563-9415
23547523        E-mail/Text: bk.notifications@jpmchase.com Feb 18 2016 02:09:30       JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,   PO Box 29505 AZ1-1191,   Phoenix AZ 85038-9505
22783932       +E-mail/Text: bankruptcyteam@quickenloans.com Feb 18 2016 02:10:51       Quicken Loans,
                 1050 Woodward Ave,   Detroit, MI 48226-1906
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2016 at the address(es) listed below:
              Caleb Halberg    on behalf of Creditor   Quicken Loans Inc. chalberg@potestivolaw.com,
               bknotices@potestivolaw.com
              Frank J Kokoszka    trustee@k-jlaw.com, fkokoszka@ecf.epiqsystems.com
```

```
District/off: 0752-1          User: vrowe                  Page 2 of 2                  Date Rcvd: Feb 17, 2016
                              Form ID: pdf006              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Frank J Kokoszka   on behalf of Trustee Frank J Kokoszka trustee@k-jlaw.com, fkokoszka@ecf.epiqsystems.com
        George P Hampilos   on behalf of Creditor   Durand State Bank georgehamp@aol.com, kris@hampilos-langley.com
        John J Lynch   on behalf of Debtor 1 James Randolph Stennett, SR jlynch@lynch4law.com, rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
        John J Lynch   on behalf of Debtor 2 Connie Jean Stennett jlynch@lynch4law.com, rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
        Monette W Cope   on behalf of Creditor   FirstMerit Bank, Successor by merger to Citizens Bank ecfnil@weltman.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 8