UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| James Randolph Stennett, Sr. § | Case No. 14-46233 |
| Connie Jean Stennett § | |
| § | |
| § | |
| Debtors § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 357,000.00                         Assets Exempt: 64,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,092.96          Claims Discharged
                                                     Without Payment:  413,001.60

Total Expenses of Administration: 1,407.04

---

3) Total gross receipts of $ 5,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 334,300.00 | $ 9,836.84 | $ 9,836.84 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,407.04 | 1,407.04 | 1,407.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,613.00 | 66,694.56 | 66,694.56 | 4,092.96 |
| **TOTAL DISBURSEMENTS** | $ 415,913.00 | $ 77,938.44 | $ 77,938.44 | $ 5,500.00 |

   4)  This case was originally filed under chapter 7 on 12/31/2014 . The case was pending for 22 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  10/14/2016           By:/s/Frank J. Kokoszka
                                                Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Refund | 1124-000 | 5,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | 42,000.00 | NA | NA | 0.00 |
| | First Merit Bank 295 First Merit Cir Akron, OH 44307 | | 12,000.00 | NA | NA | 0.00 |
| | Quicken Loans 1050 Woodward Ave Detroit, MI 48226 | | 239,575.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | 40,725.00 | NA | NA | 0.00 |
| 2 | Durand State Bank | 4110-000 | NA | 9,836.84 | 9,836.84 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 334,300.00 | $ 9,836.84 | $ 9,836.84 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| Frank J. Kokoszka | 2200-000 | NA | 47.04 | 47.04 | 47.04 |
| Bank of Kansas City | 2600-000 | NA | 60.00 | 60.00 | 60.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,407.04 | $ 1,407.04 | $ 1,407.04 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central DuPage Hospital 25 N Winfield Road Winfield, IL 60190-1295 | | 14,000.00 | NA | NA | 0.00 |
| | Comcast 1500 Market Street Philadelphia, PA 19102 | | 90.00 | NA | NA | 0.00 |
| | ComEd Bankruptcy Department 2100 Swift Dr. Oak Brook, IL 60523 | | 150.00 | NA | NA | 0.00 |
| | Dish Network 131 Tower Park Suite 100 Waterloo, IA 50704 | | 60.00 | NA | NA | 0.00 |
| | Patch.com 584 Broadway Room 1206?? New York, NY 10125 | | 1,800.00 | NA | NA | 0.00 |
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | 14,690.00 | 16,667.06 | 16,667.06 | 1,022.84 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Corporate America Family Credit Union | 7100-000 | 13,077.00 | 14,324.77 | 14,324.77 | 879.09 |
| 1 | Discover Bank | 7100-000 | 14,338.00 | 15,976.44 | 15,976.44 | 980.45 |
| 2 | Durand State Bank | 7100-000 | 9,349.00 | 2,836.84 | 2,836.84 | 174.09 |
| 4 | Healthcare Assoc Cr Un | 7100-000 | 14,059.00 | 14,285.20 | 14,285.20 | 876.66 |
| 6 | Jpmorgan Chase Bank, N.A. | 7100-000 | NA | 2,604.25 | 2,604.25 | 159.83 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 81,613.00 | $ 66,694.56 | $ 66,694.56 | $ 4,092.96 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-46233 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frank J. Kokoszka |
|---|---|---|---|---|---|---|
| Case Name: | James Randolph Stennett, Sr. | | | | Date Filed (f) or Converted (c): | 12/31/2014 (f) |
| | Connie Jean Stennett | | | | 341(a) Meeting Date: | 01/27/2015 |
| For Period Ending: | 10/14/2016 | | | | Claims Bar Date: | 08/31/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 30 W 280 Heather Ct., Warrenville Il 60555 Apprais | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. 9938 Winslow Road, Durand, Il Estimate Via Zillow On 6/24/20 | 24,000.00 | 14,651.00 | | 0.00 | FA |
| 3. 2010 Gulfstream Conquest Lodge 36' | 16,000.00 | 4,000.00 | | 0.00 | FA |
| 4. Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 5. Checking / Savings Account At Chase | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6. Misc Household Goods And Furniture Located At - , Resale Val | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Personal Clothing Of Debtor | 500.00 | 0.00 | | 0.00 | FA |
| 8. Firearms  Debtor amended Schedule B on 04/08/2014 (document # 21) amending the value from $8,000.00 to $2575.00. | 2,575.00 | 1,100.00 | | 0.00 | FA |
| 9. 401K Accounts At Morgan Stanley | 26,000.00 | 0.00 | | 0.00 | FA |
| 10. Jrs Firearm Training | 100.00 | 100.00 | | 0.00 | FA |
| 11. 2013 Ford F150 With 21,000 Miles | 35,000.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Ford Explorer With 1,000 Miles  Debtor amended Schedule B on 04/08/2014 (document # 21) amending the value from $45,000.00 to $36200.00 | 36,200.00 | 4,275.00 | | 0.00 | FA |
| 13. 2008 Nomad 266 Ltd 28' | 7,700.00 | 7,700.00 | | 0.00 | FA |
| 14. 2010 Gulfstream Conquest Lodge 36'  Pursuant to the Debtors' Amended Schedule B, filed on April 8, 2015 (document # 21) this asset was repossessed pre petition. | 16,000.00 | 4,000.00 | | 0.00 | FA |
| 15. Training Books And Supplies | 500.00 | 500.00 | | 0.00 | FA |
| 16. 2014 Tax Refund (u) | 8,715.00 | Unknown | | 5,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $425,890.00 | $37,826.00 | $5,500.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A Motion for turnover of tax refunds was filed. A settlement was reached with the debtor after the debtor filed amended schedules. Trustee is currently reviewing claims and determining whether to file objections.

Initial Projected Date of Final Report (TFR): 10/30/2015    Current Projected Date of Final Report (TFR): 02/29/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-46233 | Trustee Name: | Frank J. Kokoszka |
| --- | --- | --- | --- |
| Case Name: | James Randolph Stennett, Sr. | Bank Name: | Bank of Kansas City |
| | Connie Jean Stennett | Account Number/CD#: | XXXXXX0025 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2236 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/15 | 16 | James and Connie Stennett | Tax Refund | 1124-000 | $5,500.00 | | $5,500.00 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,490.00 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,480.00 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,470.00 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,460.00 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,450.00 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,440.00 |
| 03/22/16 | 101 | Frank J. Kokoszka | Distribution | | | $1,347.04 | $4,092.96 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($1,300.00) | 2100-000 | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($47.04) | 2200-000 | | |
| 03/22/16 | 102 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 6.14 % per court order. | 7100-000 | | $980.45 | $3,112.51 |
| 03/22/16 | 103 | Durand State Bank C/O George P. Hampilos, Esq. 308 West State Street Rockford, Il 61101 | Final distribution to claim 2 representing a payment of 6.14 % per court order. | 7100-000 | | $174.09 | $2,938.42 |

Page Subtotals:                                                                                                              $5,500.00      $2,561.58

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-46233  
Case Name: James Randolph Stennett, Sr.  
Connie Jean Stennett  
Taxpayer ID No: XX-XXX2236  
For Period Ending: 10/14/2016  

Trustee Name: Frank J. Kokoszka  
Bank Name: Bank of Kansas City  
Account Number/CD#: XXXXXX0025  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/22/16 | 104 | Corporate America Family Credit Union<br>2445 Alft Lane<br>Elgin, Il 60124 | Final distribution to claim 3 representing a payment of 6.14 % per court order. | 7100-000 | | $879.09 | $2,059.33 |
| 03/22/16 | 105 | Healthcare Assoc Cr Un<br>1151 E Warrenville Rd<br>Naperville, Il 60563 | Final distribution to claim 4 representing a payment of 6.14 % per court order. | 7100-000 | | $876.66 | $1,182.67 |
| 03/22/16 | 106 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 5 representing a payment of 6.14 % per court order. | 7100-000 | | $1,022.84 | $159.83 |
| 03/22/16 | 107 | Jpmorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>Po Box 29505 Az1-1191<br>Phoenix Az 85038-9505 | Final distribution to claim 6 representing a payment of 6.14 % per court order. | 7100-000 | | $159.83 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,500.00 | $5,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,500.00 | $5,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,500.00 | $5,500.00 |

Page Subtotals: $0.00    $2,938.42

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0025 - Checking | $5,500.00 | $5,500.00 | $0.00 |
|  | $5,500.00 | $5,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $5,500.00 |
| Total Gross Receipts: | $5,500.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*